UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADARRAMA,<br><br>  Plaintiff,<br><br>  v.<br><br>C. RANDY LANDIS,<br><br>  Defendant. | No. 2:16-cv-2671 KJN P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 13) is granted;

2. Plaintiff is granted forty-five days from the date of this order in which to file an amended complaint; no further extensions of time will be granted but for a showing of good cause.

Dated:  January 12, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

guad2671.36