UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADARRAMA, | No. 2: 16-cv-2671 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| C. RANDY LANDIS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Defendant Landis filed an answer to the amended complaint. (ECF No. 24.) Defendants Fernandez, Greenleaf and Griffith have been served with process, but have not filed a response to the amended complaint. (ECF Nos. 22, 25.)

On July 17, 2018, a settlement conference was held. This action did not settle.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, defendants Fernandez, Greenleaf and Griffith shall file a response to plaintiff's amended complaint.

Dated: July 20, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Guad2671.ord.kc

1