UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADARRAMA, | No. 2:16-cv-2671 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| C. RANDY LEWIS, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to file objections to the pending findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 68) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file objections.

Dated: December 20, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

guad2671.36