UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADARRAMA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. RANDY LEWIS, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-2671 JAM KJN P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 20, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 20, 2018, are adopted in full;

2. The motion to dismiss filed by defendants Landis, Greenleaf and Griffith (ECF No. 47) is granted;

3. Defendant Fernandez's motion to dismiss (ECF No. 50) is granted; and

4. The state law claims are dismissed.

DATED: June 3, 2019

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE